IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Whitfield, Larissa M

Printed: 10/22/08

Case Number: 08 B 14215
Judge: Squires, John H
Filed: 6/3/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 10, 2008
Confirmed: July 30, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,614.00 | 0.00 |
| 2. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 3. | Santander Consumer USA | Secured | 17,202.88 | 0.00 |
| 4. | Ocwen Federal Bank FSB | Secured | 26,433.24 | 0.00 |
| 5. | Fabiola Santos | Secured | 13,800.00 | 0.00 |
| 6. | United States Dept Of Education | Unsecured | 294.82 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 134.74 | 0.00 |
| 8. | United States Dept Of Education | Unsecured | 330.00 | 0.00 |
| 9. | Santander Consumer USA | Unsecured | 167.01 | 0.00 |
| 10. | RMI/MCSI | Unsecured | 175.00 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 1,785.12 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 87.55 | 0.00 |
| 13. | Jefferson Capital Systems LLC | Unsecured | 47.80 | 0.00 |
| 14. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 15. | Nicor Gas | Unsecured |  | No Claim Filed |
| 16. | United Collection Bureau Inc | Unsecured |  | No Claim Filed |
|  |  |  | $ 63,072.16 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Whitfield, Larissa M

Printed: 10/22/08

Case Number:  08 B 14215
Judge: Squires, John H
Filed:  6/3/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

